IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Swanigan, Darnell

Printed: 01/06/09

Case Number:  08 B 17850
Judge:  Hollis, Pamela S
Filed:  7/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 24, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 695.70 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 649.78 |
| Trustee Fee: |  | 45.92 |
| Other Funds: |  | 0.00 |
| Totals: | 695.70 | 695.70 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,400.00 | 649.78 |
| 2. | Internal Revenue Service | Priority | 9,661.45 | 0.00 |
| 3. | Internal Revenue Service | Unsecured | 1,317.86 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 379.00 | 0.00 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 813.39 | 0.00 |
| 7. | Secretary Of State | Unsecured |  | No Claim Filed |
| 8. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 9. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 10. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 11. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 12. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 14. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 15. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 16. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 18. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,596.70 | $ 649.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 45.92 |
|  | $ 45.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Swanigan, Darnell | Case Number:  08 B 17850 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/06/09 | Filed:  7/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

